

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-18-00603-CR

Brian Dwayne **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1568-CR-C
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On December 27, 2018, court reporter Patricia M. Wagner filed a second notification of late record seeking an extension of time to file her part of the reporter's record. On December 28, 2018, court reporter Lori Schmid filed a second request for an extension of time to file her part of the reporter's record. Both requests for extensions of time are GRANTED. Ms. Wagner and Ms. Schmid are directed to file their respective parts of the reporter's record **on or before January 28, 2019**. **No further extensions will be granted absent extenuating circumstances**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court